THE STATE OF OHIO, APPELLANT, *v.* JEFFERSON, APPELLEE.

[Cite as *State v. Jefferson,* 132 Ohio St.3d 75, 2012-Ohio-1984.]

*Court of appeals' judgment vacated, and cause remanded for application of United States v. Jones.*

(Nos. 2011-1807—Submitted April 4, 2012—Decided May 10, 2012.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 95950, 2011-Ohio-4637.

_____

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of common pleas for application of *United States v. Jones*, ___ U.S. ___, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

_____

**PFEIFER, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals on the authority of *United States v. Jones*, ___ U.S. ___, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas, Assistant Prosecuting Attorney, for appellant.

_____